## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **HAROLD SAULS, ET AL.,** | § | |
| *Plaintiffs* | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-00953-O |
| **24 HOUR FITNESS, USA, INC.,** | § | |
| *Defendant* | § | |

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, come plaintiffs, Harold Sauls and Linda Sauls, and on suggesting that plaintiff Harold Sauls passed away on July 17, 2023, subsequent to the decision of the U.S. Fifth Circuit Court of Appeals, as evidenced by the attached death certificate, and on further suggesting that Linda Sauls is the testamentary Independent Executrix and sole heir of the Estate of Harold Sauls, moves to substitute Linda Sauls, Independent Executrix and sole heir of the Estate of Harold Sauls, as party plaintiff in the above-entitled and numbered cause.

    S/KEVIN O'BRYON
    KEVIN O'BRYON, LSBA 10151
    O'Bryon & Schnabel, APLC
    935 Gravier Street, Suite 900
    New Orleans, LA 70112
    Telephone: (504) 799-4200
    Facsimile: (504) 799-4211
    Email: kob@obryonlaw.com

        DAVID M. KLEIMAN, STATE BAR 11555950
Comerica Bank Tower
1717 Main St., 2500 Floor
Dallas, TX 75201
Email: dkleiman@wslawpc.com
Telephone: (214) 979-7446
Fax: (214) 979-7402

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been served on all counsel of record through the filing of the ECF/Pacer system this 5th day of October, 2023

S/KEVIN O'BRYON
KEVIN O'BRYON